THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In the Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Curtis Lee Patterson, Appellant.
 
 
 

Appeal From Lancaster County
G. Edward Welmaker,
 Circuit Court Judge
Unpublished Opinion No. 2007-UP-485
Submitted October 1, 2007  Filed October 15, 2007    

APPEAL DISMISSED

 
 
 
 Appellate
 Defender Aileen P. Clare, III, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia; and Solicitor Warren B. Giese, of Columbia, for Respondent.
 
 
 

PER
 CURIAM:  Curtis Lee
 Patterson appeals his conviction for assault and battery of a high and
 aggravated nature.  He asserts the trial court erred by denying his motion to
 exclude testimony of another alleged assault. After a thorough review of the record and counsels brief pursuant to Anders
 v. California, 386 U.S. 738 (1967),
 and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] Pattersons appeal and grant counsels motion to be relieved. 
 
APPEAL
 DISMISSED.
HEARN, C.J.,
 HUFF and KITTREDGE, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.